**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VICTOR MANUEL SILVA-DIAZ, | No. 07-71861 |
| Petitioner, | Agency No. A097-973-401 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010[**]

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Victor Manuel Silva-Diaz, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's order denying his motion to reopen.  Our jurisdiction

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

NHY/Research

is governed by 8 U.S.C. § 1252.  We review for abuse of discretion the denial of a motion to reopen.  *Iturribarria v. INS*, 321 F.3d 889, 897 (9th Cir. 2003).  We deny in part and dismiss in part the petition for review.

The BIA acted within its discretion in denying as untimely Silva-Diaz's motion to reopen because it was filed nine years after his deportation order became final, *see* 8 C.F.R. § 1003.2(c)(2), and he did not show that he acted with the due diligence required for equitable tolling, *see Singh v. Gonzales*, 491 F.3d 1090, 1096-97 (9th Cir. 2007).

We lack jurisdiction to review the agency's decision not to exercise its sua sponte power.  *See Ekimian v. INS*, 303 F.3d 1153, 1159 (9th Cir. 2002).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**